UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――
VALERIE DICKS, on behalf of herself and all
others similarly situated,

                              Plaintiffs,            22-CV-6632 (JPO)

           -v -                                                ORDER

DOWNEAST OUTFITTERS, INC.,
                              Defendant.
―――――――――――――――――――――――――――――――

J. PAUL OETKEN, District Judge:

      A complaint was filed in this action on August 4, 2022.  (Dkt. No. 1.)  The docket does not indicate that Plaintiff has served Defendant.  Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

      Plaintiff is directed to advise the Court in writing why she has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made.  If no written communication is received by December 2, 2022, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

      SO ORDERED.

Dated: November 18, 2022
       New York, New York

                                                       _____
                                                            J. PAUL OETKEN
                                                         United States District Judge