UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALERIE DICKS, *on behalf of herself and all others similarly situated*,

                       Plaintiff,

-v-

DOWNEAST OUTFITTERS, INC.,

                       Defendant.

22-CV-6632 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant was served on November 17, 2022. On December 31, 2022, Plaintiff's counsel requested a thirty-day extension of time to permit Defendant to retain local counsel. (ECF No. 8). However, no appearance has been entered on Defendant's behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any further communication from Defendant or its counsel regarding a response to the complaint.

    If Plaintiff fails by February 20, 2023, to either (1) file an additional letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                                                J. PAUL OETKEN
                                                                United States District Judge