UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE DICKS, Individually, and ON Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>DOWNEAST OUTFITTERS, INC.,<br><br>Defendant. | Case No. 1:22-cv-6632-JPO<br><br>**RULE 7.1 CORPORATE DISCLOSURE** |

Defendant Downeast Outfitters, Inc. is a corporation existing under the laws of the State of New York. Downeast Outfitters does not have a parent corporation. No publicly held corporation owns 10% or more of the stock of Downeast Outfitters, Inc.

Dated: New York, New York
February 10, 2023

Respectfully submitted,

**DUANE MORRIS LLP**

By: /s/ Brittany Pagnotta
Brittany Pagnotta
1540 Broadway
New York, New York 10036
Tel: (212) 471-4771
Fax: (212) 504-0810
Email: BPagnotta@duanemorris.com

*Attorneys for Defendant Downeast Outfitters*